UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

RALPH FRANCIS DELEO,

    Petitioner,

v.

DAVID PAUL, Warden,

    Respondent.

Civil Action No. 5: 23-241-KKC

**JUDGMENT**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, the Court **ORDERS** and **ADJUDGES** as follows:

1. Ralph DeLeo's petition for a writ of habeas corpus [R. 1] is **DENIED** without prejudice.

2. This is a **FINAL** Judgment.

Entered: August 22nd, 2023.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY